UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

       Plaintiff-Applicant,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,

       Defendant.
------------------------------------------------------------------X
In re:

BERNARD L. MADOFF,

       Debtor.
------------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Substantively
Consolidated SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and Bernard L. Madoff

       Plaintiff,

    v.

FAIRFIELD PAGMA ASSOCIATES, LP, a New York
York limited partnership, SEYMOUR KLEINMAN,
ESTATE OF MARJORIE KLEINMAN aka MARJORIE
HELENE KLEINMAN, BONNIE JOYCE KLEINMAN,
as executor, FAIRFOX, LLC, a New York limited liability
company, and SEYFAIR, LLC, a New York limited
liability company,

       Defendants.
------------------------------------------------------------------X

SIPA LIQUIDATION

No. 08-01789 (CGM)

Adv. Pro. No. 10-05169

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Defendants Bonnie Joyce Kansler, as Executor of the Estate of Marjorie Kleinman, and Seymour Kleinman hereby appeal to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a)(1), from each and

every aspect of the final judgment annexed hereto as Exhibit 1 (the "Final Judgment") of the Honorable Cecilia G. Morris of the United States Bankruptcy Court for the Southern District of New York, entered in the above-captioned adversary proceeding (the "Adversary Proceeding"), *Picard v. Fairfield Pagma Associates, LP, et al.*, Adv. Pro. No. 10-05169 (CGM) (Bankr. S.D.N.Y. Apr. 25, 2022), ECF No. 144, and in the main adversary proceeding, *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re BLMIS)*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y. Apr. 26, 2022), ECF No. 21439), resulting in a judgment in favor of Plaintiff, Irving H. Picard, as trustee ("Trustee"), for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff, against Defendants Fairfield Pagma Associates, LP, Seymour Kleinman, Bonnie Joyce Kansler, as Executor of the Estate of Marjorie Kleinman, Fairfox, LLC and Seyfair, LLC, in this Adversary Proceeding, including without limitation the Memorandum Decision Granting Summary Judgment in Favor of the Trustee (annexed hereto as Exhibit 2). *Picard v. Fairfield Pagma Associates, LP, et al.*, Adv. Pro. No. 10-05169 (CGM) (Bankr. S.D.N.Y. Apr. 13, 2022), ECF No. 137.

The names of the relevant parties to the Final Judgment appealed and the contact information of their attorneys are as follows:

| Defendant / Appellant | Counsel for Defendant / Appellant |
|---|---|
| Bonnie Joyce Kansler, as Executor of the Estate of Marjorie Kleinman, and Seymour Kleinman | LAX & NEVILLE LLP<br>350 Fifth Avenue, Suite 4640<br>New York, New York 10018<br>Telephone: (212) 696-1999<br>Facsimile: (212) 566-4531<br>Barry R. Lax<br>Email: blax@laxneville.com<br>Robert Miller<br>Email: rmiller@laxneville.com<br>Robert J. Grand<br>Email: rgrand@laxneville.com |

| Plaintiff / Appellee | Counsel for Plaintiff / Appellee |
|---|---|
| Irving H. Picard, as Trustee, for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff | BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Maximillian Shifrin<br>Email: mshifrin@bakerlaw.com |

Dated: New York, New York
      May 3, 2022

By: /s/ *Barry R. Lax*
**LAX & NEVILLE LLP**
350 Fifth Avenue, Suite 4640
New York, NY 10018
Telephone: (212) 696-1999
Facsimile: (212) 566-4531
Barry R. Lax
Email: blax@laxneville.com
Robert Miller
Email: rmiller@laxneville.com
Robert J. Grand
Email: rgrand@laxneville.com

*Attorneys for Bonnie Kansler, as Executor of the Estate of Marjorie Kleinman, and Seymour Kleinman*

3