UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
: 
In Re: Bernard L. Madoff Investment Securities LLC   :
:
                                                        DEBTOR.   :
------------------------------------------------------------------ :
:
BONNIE JOYCE KANSLER *et al.*,                       :
:
                                            APPELLANTS, :
:
               -against-                             :
:
IRVING H. PICARD, TRUSTEE                            :
:
                                              APPELLEE. :
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/22

22-CV-3914 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 13, 2022, Appellants Bonnie Joyce Kansler and Seymour Kleinman filed a notice of appeal from the Bankruptcy Court, *see* Dkt. 1; and

    WHEREAS on May 19, 2022, Appellants filed a designation of bankruptcy record;

    IT IS HEREBY ORDERED that, by no later than **Friday, June 3, 2022**, the parties must meet and confer and file a joint letter with a proposed briefing schedule with respect to the appeal.

**SO ORDERED.**

**Date:  May 20, 2022**
       **New York, NY**

                                                  **VALERIE CAPRONI**
                                           **United States District Judge**