# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In Re:

Bernard L. Madoff Investment Securities LLC

                              Debtor.

-------------------------------------------------------------X

BONNIE JOYCE KANSLER *et al.*,

                      Appellants,                                      22 **CIVIL** 3914 (VEC)

           -against-                                        **<u>JUDGMENT</u>**

IRVING H. PICARD, TRUSTEE,

                      Appellee.

-------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 7, 2022, the Bankruptcy Court's judgment granting summary judgment to the Trustee is VACATED, and the case is REMANDED for further proceedings consistent with the opinion and order.

**Dated:**  New York, New York
            November 16, 2022

                                                                      **RUBY J. KRAJICK**

                                                                       Clerk of Court

                                               **BY:**   *K. Mango*

                                                                        **Deputy Clerk**